UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOTARYZOOM, LLC, | No.  2:24-cv-3526 DJC-AC |
| Plaintiff, | |
| v. | ORDER |
| MARGARET KAPLAN, | |
| Defendant. | |

Defendant is proceeding in this action in pro se, and pre-trial proceedings are accordingly referred to the undersigned pursuant to Local Rule 302(c)(21).  The undersigned previously issued an order to show cause to defendant regarding the propriety of venue.  ECF No. 42. Defendant submitted a response showing good cause (ECF No. 43) and the order to show cause is hereby DISCHAGED.

After an initial default, defendant appeared and filed an answer (ECF No. 41).[1]  Good cause appearing, IT IS HEREBY ORDERED as follows:

1.  A Status (Pretrial Scheduling) Conference is set for September 9, 2026 10:00 a.m. via Zoom before Magistrate Judge Allison Claire.  All parties shall appear by counsel or in person if acting without counsel.

---

[1]  Findings and Recommendations to set aside entry of default remain pending before the District Judge.  ECF No. 40.

1

2. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports addressing the following matters:

    a. Service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and their scheduling;

    f. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

    g. Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

    h. Special procedures, if any;

    i. Estimated trial time;

    j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

    k. Whether the case is related to any other cases, including bankruptcy;

    l. Whether a settlement conference should be scheduled;

    m. Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

DATED: May 29, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2